UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JAMES SCOTT,
Institutional ID No. 127031

                         Plaintiff,

v.                                                          No. 5:22-CV-00121-H

LUBBOCK COUNTY, *et al.*,

                         Defendants.

## ORDER

James Scott, a pretrial detainee proceeding pro se, filed a motion to withdraw his civil-rights complaint. (Dkt. No. 10.) He explains that he only joined the original complaint, filed by a fellow pretrial detainee, in the hope that it would draw attention to his pending criminal charge and pretrial detention. (*Id.*)

Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. The Court finds that Plaintiff's motion serves as a self-executing notice of voluntary dismissal under Rule 41(a). The Clerk is directed to close this case.

Plaintiff is advised that if he refiles his civil-rights complaint, he must submit his complaint on the court-approved form for prisoner civil-rights cases, and he must pay the $402.00 filing fee or file an application to proceed *in forma pauperis* with a certified statement of his inmate trust account. Additionally, this dismissal will not prejudice Plaintiff's right to file a petition for writ of habeas corpus under 28 U.S.C. § 2241 to challenge his pretrial detention.

So ordered.

Dated July 22, 2022.

_____

JAMES WESLEY HENDRIX
United States District Judge